THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -7 PM 3: 49

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    No. 04-20223-B

MARILYN WATTS,

    Defendant.

### ORDER GRANTING MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PRETRIAL MOTIONS

THIS CAUSE came on to be heard upon motion of the Defendant to extend time in which to file pre-trial motions. For good cause shown and without objection by the United States, the motion is GRANTED. The Defendant shall have until June 30, 2005 to file pre-trial motions.

    IT IS SO ORDERED.

J. Daniel Breen
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-8-05

110

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 110 in case 2:04-CR-20223 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Larry M. Sargent
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT