IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                   Cr. No. 04-20223-B

MARILYN WATTS,
DARRYL DEMPSEY,
MICHAEL PRINCE,
    Defendant.

## ORDER ON MOTION TO RESCHEDULE REPORT DATE

THIS MATTER came on to be heard upon the motion of Defendants, Marilyn Watts, Darryl Dempsey and Michael Prince to reschedule the report set for June 23, 2005. For good cause shown and without objection from the United States, the motion is GRANTED. This matter shall be continued until _August 29_, _____, 2005 at _9:30_ a.m.

This request for a continuance is advanced by the defense in order to prepare the case. The period of time from the written request of Defendant on June 9, 2005, for additional time to prepare until the report on _August x 29_, ____, 2005, is excludable delay under 18 U.S.C. § 3161 (h)(8)(A) as the ends of justice served by granting defendant's motion outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED, ADJUDGED AND DECREED this _13th_ day of June, 2005.

J. Daniel Breen
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6-14-05_

112

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 2:04-CR-20223 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Larry M. Sargent
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Cheryl B. Wattley
LAW OFFICE OF CHERYL B. WATTLEY
PBW Ventures Bldg.
3737 Atlanta St.
Dallas, TX 75215

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT