IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. No. 2:04cr20223-B |
| MARILYN PRINCE WATTS and MICHAEL PRINCE, | * | |
| Defendants. | * | |

## ORDER GRANTING JOINT MOTION TO CONTINUE REPORT DATE AND FOR ADDITIONAL TIME IN WHICH TO FILE PRETRIAL MOTIONS BY MARILYN PRINCE WATTS AND MICHAEL PRINCE

Before this Court is the joint motion by defendants Marilyn Prince Watts and Michael Prince to continue the report date and for additional time in which to file pretrial motions, filed November 22, 2005. For good cause shown, the motion is GRANTED. The report date is RESET to the February, 2006 report which will be set by separate notice of this Court. These parties are given until that day to file pretrial motions. Time will be excluded under the Speedy Trial Act.

It is so ORDERED this 22nd day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 125 in case 2:04-CR-20223 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Cheryl B. Wattley
LAW OFFICE OF CHERYL B. WATTLEY
PBW Ventures Bldg.
3737 Atlanta St.
Dallas, TX 75215

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Larry M. Sargent
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT