# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**UNITED STATES OF AMERICA,**
     **Plaintiff,**

**vs.**                                                        **No.  04-20223-B**

**MARILYN WATTS,**
     **Defendant.**

---

## ORDER ON MOTION TO WAIVE THE APPEARANCE
## OF DEFENDANT WATTS AT THE STATUS REPORT

---

This matter came on to be heard upon Defendant Marilyn Watts's motion to waive appearance at the status report set for Wednesday, March 7, 2007.at 9:30 a.m.  For good cause shown, the motion is GRANTED.

The appearance of Defendant. Watts is waived for the status report set March 7, 2007.

IT IS SO ORDERED this 6th day of March, 2007.


                                        s/ J. Daniel Breen
                                        UNITED STATES DISTRICT JUDGE