IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

    Plaintiff,

v.                                                   No. 04-20223 B

Marilyn Prince Watts,

    Defendant.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
_____

       On February 16, 2007, the Defendant, Marilyn Prince Watts, filed a motion for a bill of particulars which the Court referred to the magistrate judge for a report and recommendation. On March 15, 2007, Magistrate Judge Thomas Anderson issued his report, recommending that the Defendant's motion be denied. According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       The Court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge. No objections having been filed, the Court ADOPTS the magistrate judge's report and recommendation.

       It is therefore ORDERED that the magistrate judge's report and recommendation filed March 15, 2007, be hereby ADOPTED. Therefore, the motion of the Defendant for a bill of particulars is DENIED.

       IT IS SO ORDERED this 25th day of March, 2007.

                                                                     s/ J. DANIEL BREEN
                                                                  UNITED STATES DISTRICT JUDGE